UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| TIMOTHY H. JOHNSON,<br><br>　　　　　　　　　Plaintiff,<br>　　v.<br>JOSEPH BENSON, *et al.*,<br><br>　　　　　　　　　Defendants. | Case No. 3:25-cv-00501-MMD-CLB<br><br>ORDER |

Nevada prisoner Timothy H. Johnson filed two *pro se* civil rights lawsuits—this action and the earlier filed action styled *Johnson v. Benson*, Case No. 3:25-cv-00500-MMD-CSD ("3:25cv500"). Johnson filed a complaint and motion for excess pages in this lawsuit, but he did not pay the filing fee or file an application to proceed *in forma pauperis* ("IFP"). In 3:25cv500, Johnson filed an IFP application but no complaint. The Court ordered Johnson to correct the defect in each case. (*Compare* ECF No. 3 *with* 3:25cv500 at ECF No. 4.) In response, Johnson filed a motion seeking clarification in both actions, arguing that he intended to file only one lawsuit, but two were filed by mistake. (*See, e.g.*, ECF No. 4.)

Having reviewed the motion for clarification and filings in both actions, the Court finds that Johnson intended to file only one civil rights lawsuit, and this later-filed action was initiated by mistake.

It is therefore ordered that the motion for clarification (ECF No. 4) is granted, and the Court clarifies this action will be administratively closed because it was filed in error.

It is further ordered that this action is administratively closed. Johnson is cautioned that no other documents may be filed in this now-closed case. If Johnson wishes to pursue his claims, he must do so in Case No. 3:25-cv-00500-MMD-CSD, and he must list that action's case number in the caption of documents he submits to ensure proper filing.

1  The Clerk of the Court is directed to: (1) administratively close this case; (2) file the Complaint (ECF No. 1-2) and motion for excess pages (ECF No. 1-1) in Case No. 3:25-cv-00500-MMD-CSD; (3) update the docket sheet in Case No. 3:25-cv-00500-MMD-CSD by adding Ashley Randolph, Jessica Rambur, Kenneth Williams, and Christy Coss as defendants; and (4) send Johnson a courtesy copy of the docket sheet in Case No. 3:25-cv-00500-MMD-CSD reflecting the above changes.

DATED THIS 23rd Day of September 2025.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE